# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| **RANDI A. ABBOTT,**            )<br>                                                  )<br>         **Plaintiff,**                     )<br>                                                  )<br> **v.**                                          )<br>                                                  )<br> **ELWOOD STAFFING SERVICES,** )<br> **INC., AND HONDA**                )<br> **MANUFACTURING OF**            )<br> **ALABAMA, LLC,**                   )<br>                                                  )<br>         **Defendant.**                 )  | **CIVIL ACTION NUMBER:**<br>**1:12-CV-02244-VEH** |

## NOTICE OF APPEARANCE

David J. Middlebrooks of the law firm of Lehr Middlebrooks & Vreeland, P.C., hereby enters his appearance as additional counsel for Elwood Staffing Services, Inc. in the above-styled action.

Respectfully Submitted,

/s/David J. Middlebrooks
David J. Middlebrooks ASB- 8553-D58D
dmiddlebrooks@lehrmiddlebrooks.com

OF COUNSEL:
LEHR MIDDLEBROOKS & VREELAND, P.C.
P.O. Box 11945
Birmingham, Alabama 35202-1945
(205) 326-3002
Fax: (205) 326-3008

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 16, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Russell P. Parker, Esq.
>2170 Highland Avenue South, Suite 111
>Birmingham, AL  35205
>
>Kathryn M. Willis, Esq.
>Burr & Forman, L.L.P.
>SouthTrust Tower, Suite 3400
>420 20th Street North
>Birmingham, AL 35203

>Respectfully submitted,
>
>/s/David J. Middlebrooks
>David J. Middlebrooks ASB- 8553-D58D
>OF COUNSEL

340028