FILED
2014 Feb-05 PM 12:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **RANDI A. ABBOTT,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**ELWOOD STAFFING SERVICES, INC.,** )<br>and **HONDA MANUFACTURING OF** )<br>**ALABAMA, LLC** )<br>)<br>**Defendants.** ) | **CIVIL ACTION NO.:**<br>**1:12-cv-02244-VEH**<br><br>**UNOPPOSED** |

## DEFENDANTS' UNOPPOSED MOTION TO EXTEND PAGE LIMITATION FOR REPLY BRIEFS IN SUPPORT OF DISPOSITIVE MOTIONS

COME NOW Defendants Elwood Staffing Services, Inc. ("Elwood") and Honda Manufacturing of Alabama, LLC ("HMA") (collectively "Defendants") and, pursuant to this Court's Scheduling Order, respectfully request that this Court enter an Order extending the page limitation for reply briefs in support of dispositive motions from ten (10) pages to twenty (20) pages. In support of their Motion, Defendants state as follows:

1. Appendix II to this Court's Uniform Initial Order limits reply briefs in support of motions for summary judgment to ten (10) pages. (Doc. 5).

2. By Order dated October 10, 2013, this Court denied without prejudice Defendants' motions for summary judgment and motions to strike, ordered

20389376 v1

plaintiff to file a Third Amended Complaint, and set a new dispositive motion deadline of January 13, 2014.

3. Defendants' timely filed dispositive motions on January 13, 2014, and plaintiff timely filed her opposition to the summary judgment motions on February 3, 2014.

4. Defendants respectfully request an extension of the ten (10) page limitation on reply briefs so that they may address all of the claims and facts alleged in plaintiff's Third Amended Complaint and opposition to the summary judgment motions. Defendants request that the page limitation be extended to twenty (20) pages.

5. Counsel for Defendants communicated with plaintiff's counsel via email on February 4, 2014, and plaintiff's counsel does not have an objection to Defendants' request for the page limitation extension set forth herein.

WHEREFORE, PREMISES CONSIDERED, Defendants respectfully request that this Court enter an Order extending the page limitation for reply briefs from ten (10) pages to twenty (20) pages.

*/s/ Marcel L. Debruge*
Marcel L. Debruge
Kathryn Morris Willis
Ronald Scott Williams

Attorneys for Honda Manufacturing of Alabama, LLC

**OF COUNSEL:**
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

> */s/ David J. Middlebrooks*
> David J. Middlebrooks
> Donna E. Brooks
>
> Attorneys for Elwood Staffing Services, Inc.

**OF COUNSEL:**
LEHR MIDDLEBROOKS & VREELAND, P.C.
P.O. Box 11945
Birmingham, Alabama  35202
Telephone: (205) 326-3002
Facsimile: (205) 326-3008

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served by electronic filing with the Clerk of Court using the CM/ECF System on February 5th, 2014, which will send notification of such filing to the following:

> Russell P. Parker, Esq.
> 2170 Highland Avenue South
> Suite 111
> Birmingham, AL  35205

> */s/ Marcel L. Debruge*
> OF COUNSEL